**BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL NO.** _____        In re Paraquat Products Liability Litigation

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Paul Rakoczy<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | N.D. California | 3:21-cv-02083 | Edward M. Chen |
| **Plaintiffs:**<br>Russell Denes<br>**Defendants:**<br>Syngenta AG<br>Syngenta Crop Protection, LLC<br>Chevron U.S.A., Inc. | N.D. California | 3:21-cv-02416 | Laurel Beeler |
| **Plaintiffs:**<br>Paul Majors<br>**Defendants:**<br>Syngenta AG<br>Syngenta Crop Protection, LLC<br>Chevron U.S.A., Inc. | N.D. California | 3:21-cv-02494 | Kandis A. Westmore |
| **Plaintiffs:**<br>Timothy O'Connor<br>Carolyn O'Connor<br>**Defendants:**<br>Syngenta AG<br>Syngenta Crop Protection, LLC<br>Chevron U.S.A., Inc. | N.D. California | 3:21-cv-2495 | Not yet assigned |

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br>David Albanese<br>Theresa Albanese<br>**Defendants:**<br>Syngenta AG<br>Syngenta Crop Protection, LLC<br>Chevron U.S.A., Inc. | N.D. California | 3:21-cv-02496 | Not yet assigned |
| **Plaintiffs:**<br>James Hemker<br>Judith Hemker<br>**Defendants:**<br>Syngenta Crop Protection LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | S.D. Illinois | 3:21-cv-00211 | Nancy J. Rosenstengel |
| **Plaintiff:**<br>Barbara Piper<br>**Defendants:**<br>Syngenta Crop Protection LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | S.D. Illinois | 3:21-cv-00228 | Nancy J. Rosenstengel |
| **Plaintiff:**<br>Terry Runyon<br>**Defendants:**<br>Syngenta Crop Protection LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | S.D. Illinois | 3:21-cv-00229 | Nancy J. Rosenstengel |
| **Plaintiffs:**<br>Michael Joseph Kearns<br>Jean Rae Kearns<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | S.D. Illinois | 3:21-cv-00278 | Nancy J. Rosenstengel |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>Stephen Durbin<br>**Defendants:**<br>Syngenta Crop Protection LLC<br>Syngenta AG<br>Chevron Phillips Chemical Co. LP<br>Chevron U.S.A., Inc. | S.D. Illinois | 3:21-cv-00293 | Nancy J. Rosenstengel |
| **Plaintiffs:**<br>Henry Holyfield<br>Tara Holyfield<br>**Defendants:**<br>Chevron U.S.A., Inc.<br>Syngenta Crop Protection, LLC<br>Syngenta Corp.<br>Syngenta AG | E.D. Missouri | 1:20-cv-00165 | John A. Ross |
| **Plaintiffs:**<br>John Barrat<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | N.D. West Virginia | 3:21-cv-50 | Gina M. Groh |
| **Plaintiffs:**<br>Kenneth Turner<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | S.D. West Virginia | 2:21-cv-00211 | Irene C. Berger |
| **Plaintiffs:**<br>Todd Tenneson<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | W.D. Wisconsin | 3:21-cv-00231 | James D. Peterson |