# U.S. District Court
## Eastern District of Missouri (Cape Girardeau)
## CIVIL DOCKET FOR CASE #: 1:20-cv-00165-JAR

| | |
|---|---|
| Holyfield et al v. Chevron U.S.A. Inc., et al | Date Filed: 07/29/2020 |
| Assigned to: District Judge John A. Ross | Jury Demand: Plaintiff |
| Demand: $75,000 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Case in other court: Scott County, 33rd Judicial Circuit, Missouri, 20SO-cv00885 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Personal Injury | |

**Plaintiff**

**Henry Holyfield**        represented by    **Steven E. Crick**
HUMPHREY AND FARRINGTON
221 W. Lexington
Suite 400
P.O. Box 900
Independence, MO 64050
816-836-5050
Fax: 816-836-8966
Email: sec@hfmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Daniel Stanley**
HUMPHREY AND FARRINGTON
221 W. Lexington
Suite 400
P.O. Box 900
Independence, MO 64050
816-836-5050
Fax: 816-836-8966
Email: kds@hfmlegal.com
*ATTORNEY TO BE NOTICED*

**Paul Douglas Anderson**
HUMPHREY AND FARRINGTON
221 W. Lexington
Suite 400
P.O. Box 900
Independence, MO 64050
816-836-5050
Fax: 816-836-8966
Email: pda@hfmlegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Holyfield**        represented by    **Steven E. Crick**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Daniel Stanley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Douglas Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Chevron U.S.A. Inc.**                  represented by    **Joseph C. Orlet**
HUSCH BLACKWELL LLP - St Louis
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
314-480-1500
Fax: 314-480-1505
Email: joseph.orlet@huschblackwell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan Hopkins**
HUSCH BLACKWELL LLP - St Louis
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
314-480-1500
Fax: 314-480-1505
Email: bryan.hopkins@huschblackwell.com
*ATTORNEY TO BE NOTICED*

**Megan Scheiderer**
HUSCH BLACKWELL LLP - Kansas City
4801 Main Street
Suite 1000
Kansas City, MO 64112
816-983-8295
Fax: 816-983-8080
Email:
megan.scheiderer@huschblackwell.com
*ATTORNEY TO BE NOTICED*

**Michael Klebanov**
HUSCH BLACKWELL LLP - St Louis
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
202-378-2363

Fax: 202-378-2319
Email:
michael.klebanov@huschblackwell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Syngenta Crop Protection, LLC**      represented by    **John C O'Quinn**
KIRKLAND AND ELLIS - DC
1301 Pennsylvania Ave. NW
Washington, DC 20005
202-389-5191
Fax: 202-389-5200
Email: john.oquinn@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Nester**
DONOVAN AND ROSE
15 N. 1st St.
Suite A
Belleville, IL 62220
618-212-6500
Fax: 618-212-6501
Email: mnester@drnpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ragan Naresh**
KIRKLAND AND ELLIS - DC
1301 Pennsylvania Ave. NW
Washington, DC 20005
202-389-5000
Email: ragan.naresh@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Syngenta Corporation**      represented by    **John C O'Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Nester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ragan Naresh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Syngenta AG**

represented by **John C O'Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Nester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ragan Naresh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2020 | 1 | NOTICE OF REMOVAL from Scott County, 33rd Judicial Circuit, case number 20SOcv00885, with receipt number BMOEDC-8046796, in the amount of $400 Non-Jury Demand,, filed by Syngenta AG, Syngenta Crop Protection, LLC, Syngenta Corporation. (Attachments: # 1 Exhibit A - State Court Docket and File, # 2 Original Filing Form Original Filing Form, # 3 Civil Cover Sheet Civil Cover Sheet)(Nester, Michael) (Entered: 07/29/2020) |
| 07/29/2020 | 2 | ENTRY of Appearance by Michael J. Nester for Defendants Syngenta AG, Syngenta Corporation, Syngenta Crop Protection, LLC. (Nester, Michael) Modified on 7/30/2020 (CSG). (Entered: 07/29/2020) |
| 07/29/2020 | 3 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendants Syngenta AG, Syngenta Corporation, Syngenta Crop Protection, LLC. Parent companies: Syngenta Group Co., LTD., (Nester, Michael) Modified on 7/30/2020 (CSG). (Entered: 07/29/2020) |
| 07/29/2020 | 4 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendants Syngenta AG, Syngenta Corporation, Syngenta Crop Protection, LLC Sent To: Plaintiff (Nester, Michael) Modified on 7/30/2020 (CSG). (Entered: 07/29/2020) |
| 07/29/2020 | 5 | ENTRY of Appearance by Joseph C. Orlet for Defendant Chevron U.S.A. Inc. (Orlet, Joseph) Modified on 7/30/2020 (CSG). (Entered: 07/29/2020) |
| 07/29/2020 | 6 | Consent to Removal by Defendant Chevron U.S.A. Inc. (Orlet, Joseph) Modified on 7/30/2020 (CSG). (Entered: 07/29/2020) |
| 07/29/2020 | 7 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant Chevron U.S.A. Inc.. Parent companies: Chevron Corporation, Publicly held company: Chevron Corporation,. (Orlet, Joseph) Modified on 7/30/2020 (CSG). (Entered: 07/29/2020) |
| 07/29/2020 | 8 | ENTRY of Appearance by Bryan Hopkins for Defendant Chevron U.S.A. Inc.. (Hopkins, Bryan) Modified on 7/30/2020 (CSG). (Entered: 07/29/2020) |
| 07/29/2020 | 9 | Petition (Removal/Transfer) Received From: Circuit Court of Scott County, filed by Henry Holyfield, Tara Holyfield.(CSG) (Entered: 07/30/2020) |
| 07/30/2020 | | Case Opening Notification: Judge Assigned: U.S. District Judge Stephen N. Limbaugh Jr. (CSG) (Entered: 07/30/2020) |

| | | |
|---|---|---|
| 07/30/2020 | 10 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendants Syngenta AG, Syngenta Corporation, Syngenta Crop Protection, LLC Sent To: State Court - Executed (Attachments: # 1 Exhibit A - Notice of Filing Notice of Removal to State Court)(Nester, Michael) (Entered: 07/30/2020) |
| 07/30/2020 | 11 | Letter to attorney Steven E. Crick from Deputy Clerk re: Admission PHV. (CSG) (Entered: 07/30/2020) |
| 08/03/2020 | 12 | ORDER: The undersigned U. S. District Judge recuses himself in this matter.The Clerk of the District Court is hereby directed to refer this case to anotherjudge by random selection. Signed by District Judge Stephen N. Limbaugh, Jr on 8/3/20. (CSG) (Entered: 08/03/2020) |
| 08/03/2020 | | ORDER RECEIPT: (see receipt) Docket No: 12. Mon Aug 3 15:56:12 CDT 2020 (Gould, Cathy) (Entered: 08/03/2020) |
| 08/03/2020 | 13 | REASSIGNMENT ORDER (GJL). District Judge Stephen N. Limbaugh, Jr no longer assigned to case. Case reassigned to Magistrate Judge Abbie Crites-Leoni for all further proceedings. (CSG) (Entered: 08/03/2020) |
| 08/03/2020 | | Notice from Clerk instructing Defendants Chevron U.S.A. Inc., Syngenta AG, Syngenta Corporation, Syngenta Crop Protection, LLC, Plaintiffs Henry Holyfield, Tara Holyfield to submit Notice regarding Magistrate Judge Jurisdiction. Click here for the instructions. (CSG) (Entered: 08/03/2020) |
| 08/03/2020 | 14 | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401, including any case budgeting matters. (CSAW) (Entered: 08/03/2020) |
| 08/04/2020 | 15 | NOTICE OF PROCESS SERVER by Plaintiffs Henry Holyfield, Tara Holyfield Process Server: Robert Anderson, AAA Process Service (Anderson, Paul) (Entered: 08/04/2020) |
| 08/04/2020 | 16 | NOTICE OF PROCESS SERVER by Plaintiffs Henry Holyfield, Tara Holyfield Process Server: Melinda Kidder, Columbia Investigations (Anderson, Paul) (Entered: 08/04/2020) |
| 08/04/2020 | 17 | SUPPLEMENTAL re 1 Notice of Removal Petition, *Petition [Exhibit 1-1]* by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Summons Summons for Chevron USA, Inc., # 2 Summons summons for Syngenta AG)(Anderson, Paul) (Entered: 08/04/2020) |
| 08/04/2020 | 18 | ENTRY of Appearance by Paul Douglas Anderson for Plaintiffs Henry Holyfield, Tara Holyfield. (Anderson, Paul) (Entered: 08/04/2020) |
| 08/04/2020 | | Summonses Issued as to defendants Chevron U.S.A. Inc., Syngenta AG. The summonses were emailed to Attorney for Plaintiff. (CSG) (Entered: 08/04/2020) |
| 08/04/2020 | 19 | ORDER: The undersigned U. S. Magistrate Judge recuses herself in this matter.The Clerk of the District Court is hereby directed to refer this case to another judge by random selection. Signed by Magistrate Judge Abbie Crites-Leoni on 8/4/20. (CSG) (Entered: 08/04/2020) |
| 08/04/2020 | 20 | REASSIGNMENT ORDER (GJL). Magistrate Judge Abbie Crites-Leoni no longer assigned to case. Case reassigned to District Judge John A. Ross for all further proceedings. (CSG) (Entered: 08/04/2020) |
| 08/04/2020 | 21 | SUPPLEMENTAL re 1 Notice of Removal Petition, *Petition [Exhibit 1-1]* by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Summons Summons for Sygenta Crop Protection, LLC, # 2 Summons Summons for Syngenta Corp.)(Anderson, Paul) (Entered: 08/04/2020) |

| | | |
|---|---|---|
| 08/06/2020 | | Summonses Issued as to defendant Syngenta Corporation, Syngenta Crop Protection, LLC. The summonses was emailed to Attorney for Plaintiffs. (CSG) (Entered: 08/06/2020) |
| 08/09/2020 | 22 | AMENDED COMPLAINT against all defendants , filed by Henry Holyfield, Tara Holyfield.(Anderson, Paul) Modified on 8/10/2020 (CMH). (Entered: 08/09/2020) |
| 08/24/2020 | 23 | SUMMONS Returned Executed filed by Henry Holyfield, Tara Holyfield showing service on defendant Chevron USA Inc. on 8/20/20, answer due 9/9/20. (Crick, Steven) Modified on 8/25/2020 (CSG). Modified on 8/25/2020 (CSG). (Entered: 08/24/2020) |
| 08/24/2020 | 24 | SUMMONS Returned Executed filed by Henry Holyfield, Tara Holyfield showing service on defendant Syngenta Crop Proctection, LLC by serving CT Corporation System on 8/20/20, answer due 9/9/20. (Crick, Steven) Modified on 8/25/2020 (CSG). (Entered: 08/24/2020) |
| 08/24/2020 | 25 | SUMMONS Returned Executed filed by Henry Holyfield, Tara Holyfield showing service on defendant Syngenta Corporation by serving CT Corporation Systems on 8/20/20, answer due 9/9/20. (Crick, Steven) Modified on 8/25/2020 (CSG). (Entered: 08/24/2020) |
| 09/09/2020 | 26 | MOTION to Dismiss Case by Defendants Syngenta Corporation, Syngenta Crop Protection, LLC. (Nester, Michael) (Entered: 09/09/2020) |
| 09/09/2020 | 27 | MEMORANDUM in Support of Motion re 26 MOTION to Dismiss Case filed by Defendants Syngenta Corporation, Syngenta Crop Protection, LLC. (Nester, Michael) (Entered: 09/09/2020) |
| 09/09/2020 | 28 | MOTION for Hearing re 26 MOTION to Dismiss Case , 27 Memorandum in Support of Motion by Defendants Syngenta Corporation, Syngenta Crop Protection, LLC. (Nester, Michael) Modified on 11/17/2020 (CSG). (Entered: 09/09/2020) |
| 09/09/2020 | 29 | Consent MOTION for Extension of Time to File Response/Reply as to 22 Amended Complaint by Defendant Chevron U.S.A. Inc.. (Orlet, Joseph) (Entered: 09/09/2020) |
| 09/10/2020 | 30 | Docket Text ORDER: Re: 29 Consent MOTION for Extension of Time to File Response/Reply as to 22 Amended Complaint by Defendant Chevron U.S.A. Inc.. (Orlet, Joseph) filed by Chevron U.S.A. Inc.; ORDERED GRANTED. Chevron U.S.A. Inc. answer due 9/16/2020. Signed by District Judge John A. Ross on 9/10/20. (CSG) (Entered: 09/10/2020) |
| 09/16/2020 | 31 | MOTION to Dismiss :Amended Complaint by Defendant Chevron U.S.A. Inc.. (Orlet, Joseph) (Entered: 09/16/2020) |
| 09/16/2020 | 32 | MEMORANDUM in Support of Motion re 31 MOTION to Dismiss :Amended Complaint filed by Defendant Chevron U.S.A. Inc.. (Orlet, Joseph) (Entered: 09/16/2020) |
| 09/16/2020 | 33 | MOTION for Leave to File Its Supplemental Disclosure of Organizational Interests Certificate Under Seal by Defendant Chevron U.S.A. Inc.. (Orlet, Joseph) (Entered: 09/16/2020) |
| 09/16/2020 | 34 | SEALED DOCUMENT by Defendant Chevron U.S.A. Inc.. (Attachments: # 1 Exhibit Exhibit A)(Orlet, Joseph) (Entered: 09/16/2020) |
| 09/21/2020 | 35 | MOTION for Extension of Time to File Response/Reply as to 26 MOTION to Dismiss Case , 27 Memorandum in Support of Motion by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Exhibit Consent Email)(Crick, Steven) (Entered: 09/21/2020) |
| 09/21/2020 | 36 | Docket Text ORDER: Re: 35 MOTION for Extension of Time to File Response/Reply as to 26 MOTION to Dismiss Case , 27 Memorandum in Support of Motion by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Exhibit Consent Email)(Crick, Steven) |

| | | filed by Henry Holyfield, Tara Holyfield ; MOTION ORDERED GRANTED. Signed by District Judge John A. Ross on 9/21/20. (CSG) (Entered: 09/21/2020) |
|---|---|---|
| 09/23/2020 | 37 | ORDER re 33 MOTION for Leave to File Its Supplemental Disclosure of Organizational Interests Certificate Under Seal filed by Chevron U.S.A. Inc.; MOTION ORDERED GRANTED. Signed by District Judge John A. Ross on 9/23/20. (CSG) (Entered: 09/23/2020) |
| 09/25/2020 | 38 | MOTION for Extension of Time to File Response/Reply as to 32 Memorandum in Support of Motion, 31 MOTION to Dismiss :Amended Complaint by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Exhibit Consent Email)(Crick, Steven) (Entered: 09/25/2020) |
| 09/25/2020 | 39 | Docket Text ORDER: Re: 38 MOTION for Extension of Time to File Response/Reply as to 32 Memorandum in Support of Motion, 31 MOTION to Dismiss :Amended Complaint by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Exhibit Consent Email) (Crick, Steven) filed by Henry Holyfield, Tara Holyfield; MOTION ORDERED GRANTED. Signed by District Judge John A. Ross on 9/25/20. (CSG) (Entered: 09/25/2020) |
| 09/25/2020 | 40 | MOTION for Leave to Appear Pro Hac Vice Kevin D. Stanley. The Certificate of Good Standing was attached.(Filing fee $100 receipt number AMOEDC-8172261) by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Exhibit Certificate of Good Standing) (Stanley, Kevin) (Entered: 09/25/2020) |
| 09/25/2020 | 41 | Docket Text ORDER: Re: 40 MOTION for Leave to Appear Pro Hac Vice Kevin D. Stanley. The Certificate of Good Standing was attached.(Filing fee $100 receipt number AMOEDC-8172261) by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Exhibit Certificate of Good Standing)(Stanley, Kevin) filed by Henry Holyfield, Tara Holyfield; MOTION ORDERED GRANTED. Signed by District Judge John A. Ross on 9/25/20. (CSG) (Entered: 09/25/2020) |
| 10/14/2020 | 42 | RESPONSE in Opposition re 26 MOTION to Dismiss Case , 31 MOTION to Dismiss :Amended Complaint, 28 MOTION for Hearing re 26 MOTION to Dismiss Case , 27 Memorandum in Support of Motion filed by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Exhibit A - jury instruction, # 2 Exhibit B - act)(Crick, Steven) (Entered: 10/14/2020) |
| 10/14/2020 | 43 | RESPONSE to Motion re 31 MOTION to Dismiss :Amended Complaint filed by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Exhibit A - jury instruction, # 2 Exhibit B - act)(Crick, Steven) (Entered: 10/14/2020) |
| 10/14/2020 | 44 | MOTION for Hearing re 43 Response to Motion, 42 Response in Opposition to Motion, by Plaintiffs Henry Holyfield, Tara Holyfield. (Crick, Steven) (Entered: 10/14/2020) |
| 10/16/2020 | 45 | Consent MOTION for Extension of Time to File Response/Reply as to 42 Response in Opposition to Motion, by Defendants Syngenta Corporation, Syngenta Crop Protection, LLC. (Attachments: # 1 Exhibit 1 - Email from Steve Crick)(Nester, Michael) (Entered: 10/16/2020) |
| 10/16/2020 | 46 | Docket Text ORDER: Re: 45 Consent MOTION for Extension of Time to File Response/Reply as to 42 Response in Opposition to Motion, by Defendants Syngenta Corporation, Syngenta Crop Protection, LLC. (Attachments: # 1 Exhibit 1 - Email from Steve Crick)(Nester, Michael) filed by Syngenta Crop Protection, LLC, Syngenta Corporation ; MOTION ORDERED GRANTED. Signed by District Judge John A. Ross on 10/16/20. (CSG) (Entered: 10/16/2020) |
| 10/19/2020 | 47 | NOTICE by Defendant Syngenta AG re 26 MOTION to Dismiss Case , 27 Memorandum |

| | | |
|---|---|---|
| | | in Support of Motion, 28 MOTION for Hearing re 26 MOTION to Dismiss Case , 27 Memorandum in Support of Motion *(Notice of Joinder)* (Nester, Michael) (Entered: 10/19/2020) |
| 10/23/2020 | 48 | Consent MOTION for Extension of Time to File Response/Reply as to 42 Response in Opposition to Motion, by Defendant Chevron U.S.A. Inc.. (Orlet, Joseph) (Entered: 10/23/2020) |
| 10/26/2020 | 49 | Docket Text ORDER: Re: 48 Consent MOTION for Extension of Time to File Response/Reply as to 42 Response in Opposition to Motion, by Defendant Chevron U.S.A. Inc.. (Orlet, Joseph) filed by Chevron U.S.A. Inc. ; MOTION ORDERED GRANTED. Signed by District Judge John A. Ross on 10/26/20. (CSG) (Entered: 10/26/2020) |
| 11/02/2020 | 50 | NOTICE Opposition: by Plaintiffs Henry Holyfield, Tara Holyfield re 47 Notice (Other), *Plaintiffs' Opposition regarding Syngenta AG Joinder in Motion to Dismiss* (Crick, Steven) (Entered: 11/02/2020) |
| 11/09/2020 | 51 | REPLY to Response to Motion re 26 MOTION to Dismiss Case filed by Defendants Syngenta Corporation, Syngenta Crop Protection, LLC. (Nester, Michael) (Entered: 11/09/2020) |
| 11/09/2020 | 52 | REPLY to Response to Motion re 31 MOTION to Dismiss :Amended Complaint *for Failure to State a Claim* filed by Defendant Chevron U.S.A. Inc.. (Orlet, Joseph) (Entered: 11/09/2020) |
| 11/12/2020 | 53 | SCHEDULING ORDER: 44 MOTION for Hearing re 43 Response to Motion, 42 Response in Opposition to Motion, filed by Henry Holyfield, Tara Holyfield GRANTED. (Motion Hearing set for 12/1/2020 11:00 AM in Zoom Video Conference before District Judge John A. Ross.) Signed by District Judge John A. Ross on 11/12/20. (CSG) (Entered: 11/12/2020) |
| 11/16/2020 | 54 | Consent MOTION to Continue Consent Motion to Continue December 1, 2020 Hearing by Defendants Syngenta AG, Syngenta Corporation, Syngenta Crop Protection, LLC. (Nester, Michael) (Entered: 11/16/2020) |
| 11/17/2020 | 55 | MOTION for Hearing re 31 MOTION to Dismiss :Amended Complaint by Defendant Chevron U.S.A. Inc.. (Orlet, Joseph) (Entered: 11/17/2020) |
| 11/17/2020 | 56 | SCHEDULING ORDER: re: 54 Consent MOTION to Continue Consent Motion to Continue December 1, 2020 Hearing filed by Syngenta AG, Syngenta Crop Protection, LLC, Syngenta Corporation and 28 Motion for a Hearing. IT IS HEREBY ORDERED that the Consent Motion for Continuance (Doc. 54) is GRANTED. Oral arguments will proceed via Zoom on Friday, December 18, 2020 at 10:00 A.M. Each side shall be allotted twenty (20) minutes for arguments. (Motion Hearing set for 12/18/2020 10:00 AM in Zoom Video Conference before District Judge John A. Ross.) Signed by District Judge John A. Ross on 11/17/20. (CSG) Modified on 11/17/2020 (CSG). (Entered: 11/17/2020) |
| 11/17/2020 | 57 | ORDER granting 55 Motion for Hearing: IT IS HEREBY ORDERED that CUSA's Request for Oral Argument on its Motion to Dismiss (Doc. 55) is GRANTED. CUSA may participate in oral arguments, provided CUSA and the Syngenta Defendants shall share the twenty (20) minutes allotted. Signed by District Judge John A. Ross on 11/17/20. (CSG) (Entered: 11/17/2020) |
| 11/18/2020 | 58 | MOTION for Leave to Appear Pro Hac Vice John O'Quinn. The Certificate of Good Standing was attached.(Filing fee $100 receipt number AMOEDC-8288901) by Defendants Syngenta AG, Syngenta Corporation, Syngenta Crop Protection, LLC. (Attachments: # 1 Certificate of Good Standing)(O'Quinn, John) (Entered: 11/18/2020) |
| 11/18/2020 | 59 | MOTION for Leave to Appear Pro Hac Vice Ragan Naresh. The Certificate of Good |

| | | |
|---|---|---|
| | | Standing was attached.(Filing fee $100 receipt number AMOEDC-8289050) by Defendants Syngenta AG, Syngenta Corporation, Syngenta Crop Protection, LLC. (Attachments: # 1 Certificate of Good Standing)(Naresh, Ragan) (Entered: 11/18/2020) |
| 11/18/2020 | 60 | Docket Text ORDER: Re: 58 MOTION for Leave to Appear Pro Hac Vice John O'Quinn. The Certificate of Good Standing was attached.(Filing fee $100 receipt number AMOEDC-8288901) by Defendants Syngenta AG, Syngenta Corporation, Syngenta Crop Protection, LLC. (Attachments: # 1 Certificate of Good Standing)(O'Quinn, John) filed by Syngenta AG, Syngenta Crop Protection, LLC, Syngenta Corporation, 59 MOTION for Leave to Appear Pro Hac Vice Ragan Naresh. The Certificate of Good Standing was attached.(Filing fee $100 receipt number AMOEDC-8289050) by Defendants Syngenta AG, Syngenta Corporation, Syngenta Crop Protection, LLC. (Attachments: # 1 Certificate of Good Standing)(Naresh, Ragan) filed by Syngenta AG, Syngenta Crop Protection, LLC, Syngenta Corporation; MOTIONS ORDERED GRANTED. Signed by District Judge John A. Ross on 11/18/20. (CSG) (Entered: 11/18/2020) |
| 11/23/2020 | 61 | MOTION for Leave to File Sur-Reply Brief in Opposition to Pending Motion to Dismiss of Syngenta Defendants by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Exhibit A)(Stanley, Kevin) (Entered: 11/23/2020) |
| 12/01/2020 | 62 | Docket Text ORDER: Re: 61 MOTION for Leave to File Sur-Reply Brief in Opposition to Pending Motion to Dismiss of Syngenta Defendants by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Exhibit A)(Stanley, Kevin) filed by Henry Holyfield, Tara Holyfield; MOTION ORDERED GRANTED for good cause shown. Signed by District Judge John A. Ross on 12/1/20. (CSG) (Entered: 12/01/2020) |
| 12/01/2020 | 63 | SURREPLY to Motion re 26 MOTION to Dismiss Case filed by Plaintiffs Henry Holyfield, Tara Holyfield. (Attachments: # 1 Exhibit 1)(CSG) (Entered: 12/01/2020) |
| 12/01/2020 | 64 | SCHEDULING ORDER: IT IS HEREBY ORDERED that oral arguments will proceed via Zoom on Friday, December 18, 2020 at 9:00 A.M CT. Each side shall be allotted twenty (20) minutes for arguments, as clarified in this Court's Order on November 17, 2020. (Doc. 57). Motion Hearing set for 12/18/2020 09:00 AM by Zoom Video Conference before District Judge John A. Ross. Signed by District Judge John A. Ross on 12/1/20. (CSG) (Entered: 12/02/2020) |
| 12/09/2020 | 65 | ENTRY of Appearance by Megan Scheiderer for Defendant Chevron U.S.A. Inc.. (Scheiderer, Megan) (Entered: 12/09/2020) |
| 12/14/2020 | 66 | MOTION to Continue *Hearing Concerning* Defendants' Motions to Dismiss by Plaintiffs Henry Holyfield, Tara Holyfield. (Crick, Steven) (Entered: 12/14/2020) |
| 12/15/2020 | 67 | ENTRY of Appearance by Michael Klebanov for Defendant Chevron U.S.A. Inc.. (Klebanov, Michael) (Entered: 12/15/2020) |
| 12/16/2020 | 68 | ORDER re 66 MOTION to Continue *Hearing Concerning* Defendants' Motions to Dismiss filed by Henry Holyfield, Tara Holyfield; MOTION GRANTED. IT IS HEREBY ORDERED that the Consent Motion for Continuance of Hearing on Defendants' Motion to Dismiss (Doc. 66) is GRANTED. Oral arguments will proceed via Zoom on Monday, January 11, 2021 at 2:30 P.M. (Motion Hearing set for 1/11/2021 02:30 PM in Zoom Video Conference before District Judge John A. Ross.) Signed by District Judge John A. Ross on 12/16/20. (CSG) (Entered: 12/16/2020) |
| 01/11/2021 | 69 | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge John A. Ross: Attorneys appear by Zoom Video Conference. Motion Hearing held on 1/11/2021 re 26 MOTION to Dismiss Case filed by Syngenta Crop Protection, LLC, Syngenta Corporation, 31 MOTION to Dismiss :Amended Complaint filed by Chevron U.S.A. Inc. Agrument made by attorneys and matter is taken under advisement. (Court |

| | | Reporter:Lisa Paczkowski, Lisa_Paczkowski@moed.uscourts.gov, 314-244-7985) (proceedings started: 2:30 p.m.) (proceedings ended: 3:30 p.m.) (Deputy Clerk: C. Gould) (Appearance for Plaintiff: Steven E. Crick)(Appearance for Defendant: John C. O'Quinn) (CSG) (Entered: 01/11/2021) |
|---|---|---|
| 01/21/2021 | 70 | TRANSCRIPT ORDER REQUEST for 69 (MOTION HEARING) by Syngenta AG, Syngenta Corporation, Syngenta Crop Protection, LLC for proceedings held on 1/11/21 court reporter Lisa Paczkowski before Judge John A. Ross. (CSG) (Entered: 01/22/2021) |
| 02/08/2021 | 71 | TRANSCRIPT of 69 (MOTION HEARING) held on 1/11/21 before Judge John A. Ross. Court Reporter/Transcriber Lisa Paczkowski, Lisa_Paczkowski@moed.uscourts.gov, 314-244-7985. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/1/2021. Redacted Transcript Deadline set for 3/11/2021. Release of Transcript Restriction set for 5/10/2021. (CSG) (Entered: 02/08/2021) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/07/2021 12:26:46 | | |
| **PACER Login:** | patrickluff | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-00165-JAR |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| Henry Holyfield and Tara Holyfield, | 33rd Judicial Circuit Court |
| Plaintiffs, | Scott County, Missouri |
| | Cause No. 20SO-CV00885 |
| v. | |
| | U.S.D.C. Case No.: |
| Chevron U.S.A. Inc., Syngenta Crop Protection, LLC, Syngenta Corporation, and Syngenta AG | 1:20-cv-00165 |
| Defendants. | |

## NOTICE OF REMOVAL

Defendants Chevron U.S.A. Inc., Syngenta Crop Protection, LLC, Syngenta Corporation, and Syngenta AG remove the above-captioned matter from the Circuit Court of Scott County, Missouri, bearing case number 20SO-CV00885 (the "Circuit Court Action"), to the United States District Court for the Eastern District of Missouri pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In further support of removal, Defendants state as follows:

## BACKGROUND

1.      Plaintiffs Henry Holyfield and Tara Holyfield filed their Petition on July 22, 2020, asserting common-law personal injury claims.  Plaintiffs allege that Mr. Holyfield was exposed to an herbicide manufactured and/or sold by Defendants, which allegedly caused or contributed to his diagnosis of Parkinson's disease.

2.      At the moment, no Defendant has been served with the Petition.  However, Defendants received a copy of the Petition on July 24, 2020.

## JURISDICTION

3.     This action is removable pursuant to 28 U.S.C. §§ 1441 and 1446 because diversity jurisdiction exists under 28 U.S.C. § 1332.

### A.     Amount in Controversy.

4.     The alleged injury in this action is Parkinson's disease, which is a degenerative neurological condition that can significantly impair a person's quality of life.  Plaintiffs are seeking monetary damages for "past and future physical pain, mental and emotional distress[,] … past and future loss of wages and/or earning capacity[,] and … medical expenses for medical treatment, medication and medical devices."  *See* Pet. ¶¶ 27, 33, 40, 50, 54.  Plaintiffs are also seeking punitive damages.  *Id.* ¶¶ 28, 34, 41, 51, 55.

5.     Such damages, if awarded, would surely exceed $75,000.00, exclusive of interest and costs.

### B.     Diversity of Citizenship.

6.     Plaintiffs' Petition states that they are each residents and citizens of Missouri. *See id.* ¶¶ 1, 2.

7.     Defendant Chevron U.S.A. Inc. is a Pennsylvania corporation with its principal place of business at 6001 Bollinger Canyon Road, San Ramon, CA.

8.     Defendant Syngenta Crop Protection, LLC is a Delaware limited liability company with its principal place of business at 410 Swing Road Greensboro, NC 27409.[1]

9.     Defendant Syngenta Corporation is a Delaware corporation with its principal place of business at 3411 Silverside Road, Wilmington, DE.

---

[1]    Plaintiffs' allegation that Syngenta Crop Protection, LLC's "principal office address [is] at 1209 Orange Street, Wilmington, Delaware," *id.* ¶ 5, is incorrect.  This mistake has no effect on the availability of diversity jurisdiction or on Defendants' removal rights.

10. Defendant Syngenta AG is a foreign corporation with its principal place of business in Basel, Switzerland.

11. There is complete diversity because no defendant is a citizen of Missouri.

## VENUE

12. Removal is made to this Court in accordance with 28 U.S.C. §§ 1441(a) and 1446(a). Venue is proper in this district because the action is currently pending in the Circuit Court of Scott County, Missouri, which is within the Eastern District of Missouri.

## TIMELINESS AND CONSENT

13. Although no Defendant has been served with the Petition, they received a copy of it on July 24, 2020.

14. This removal has been timely filed within thirty days of Defendants' receipt of the Petition, in accordance with 28 U.S.C. § 1446(b)(1).

15. All defendants have joined in this removal pursuant to 28 U.S.C. § 1446(b)(2)(A).

## NOTICE

16. In compliance with 28 U.S.C. § 1446(a) and Local Rule 2.03, Defendants attach to this Notice of Removal a copy of the complete file from the Circuit Court Action and the current Circuit Court docket sheet. *See* attached Exhibit A.

17. In compliance with 28 U.S.C. § 1446(d), Defendants will file and serve notice of this removal to Plaintiffs, and will file a copy of this notice with the clerk of the Circuit Court of Scott County, Missouri.

## OTHER PROCEDURAL MATTERS AND REQUIREMENTS

18. Nothing in this Notice of Removal shall be interpreted to waive Defendant's right to assert any defense, counterclaim, affirmative matter, and/or motions that are otherwise available to it without limitation.

3

19.     No admission of any fact, allegation, claim or wrongdoing relating to the Petition is intended by this Notice of Removal.

20.     Defendants reserve the right to submit additional evidence in support of the Notice of Removal, including, but not limited to, any evidence that may be necessary to address or refute any contentions set forth in a motion to remand.

21.     This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1446(a).

**WHEREFORE**, Defendants respectfully remove this action to this Court from the Circuit Court of Scott County, Missouri.

DATED: July 29, 2020 Respectfully submitted,


/s/ Michael J. Nester
Michael J. Nester, # 4914MO

DONOVAN ROSE NESTER P.C.
15 North 1st Street, Suite A
Belleville, IL 62220
(618) 212-6500 (Tel.)
(618) 212-6501 (Fax)
mnester@drnpc.com

Leslie M. Smith, P.C. (*pro hac vice* forthcoming)
Bradley H. Weidenhammer, P.C. (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000 (Tel.)
(312) 862-2200 (Fax)

Mike Brock, P.C. (*pro hac vice* forthcoming)
Edwin John U, P.C. (*pro hac vice* forthcoming)
Ragan Naresh, P.C. (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave. N.W.
Washington, D.C. 20004
(202) 389-5000 (Tel.)
(202) 389-5200 (Fax)

*Attorneys for Defendants Syngenta Crop
Protection, LLC, Syngenta Corporation, and
Syngenta AG*

/s/ Joseph C. Orlet (with consent)
Joseph C. Orlet, # 37732
Bryan Hopkins, # 90966

HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
(314) 480-1500 (Tel.)
(314) 480-1505 (Fax)
Joseph.Orlet@huschblackwell.com
Bryan.Hopkins@huschblackwell.com

Megan Ann Scheiderer (*pro hac vice* forthcoming)
HUSCH BLACKWELL LLP
4801 Main Street, Suite
1000 Kansas City, MO 64112
(816) 983-8295 (Tel.)
(816) 983-8080 (Fax)
megan.scheiderer@huschblackwell.com

*Attorneys for Defendant Chevron U.S.A. Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Michael J. Nester, an attorney, on oath hereby certify that on July 29, 2020, I electronically filed the foregoing, DEFENDANTS' NOTICE OF REMOVAL, with the Clerk of the United States District Court, Eastern District of Missouri, Southeastern Division, using the Court's ECF filing system. Additionally, I further certify that a copy of the foregoing instrument, DEFENDANTS' NOTICE OF REMOVAL, was also served upon the attorneys of record of all parties to the above-styled case by enclosing same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage duly prepaid and by depositing said envelopes in a U.S. Post Office Mail Box in Belleville, Illinois.

Steven E. Crick
Kevin D. Stanley
221 W. Lexington, Suite 400
Independence, MO 64050
kbm@hfmlegal.com
sec@hfmlegal.com
kds@hfmlegal.com

John P. Heisserer
160 S. Broadview Street
Fourth Floor
Cape Girardeau, MO 63703
jheisserer@capelawfirm.com

*Attorneys for Plaintiffs*

/s/ Michael J. Nester
Attorney for Defendants Syngenta Crop Protection, LLC, Syngenta Corporation, and Syngenta AG

# EXHIBIT A



Judicial Links | eFiling | Help | Contact Us | Print

GrantedPublicAccess  Logoff MICHAEL_NESTER

## 20SO-CV00885 - HENRY J HOLYFIELD ET AL V CHEVRON USA, INC. ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ⦿ Descending ◯ Ascending    Display Options: All Entries ▾

| 07/22/2020 | ☐ | **Filing Info Sheet eFiling** |
| | | **Filed By:** STEVEN EDWARD CRICK |
| | ☐ | **Note to Clerk eFiling** |
| | | Service instructions will be provided at a later date. |
| | | **Filed By:** STEVEN EDWARD CRICK |
| | ☐ | **Pet Filed in Circuit Ct** |
| | | PETITION. |
| | | **Filed By:** STEVEN EDWARD CRICK |
| | | **On Behalf Of:** HENRY J. HOLYFIELD, TARA HOLYFIELD |
| | ☐ | **Judge Assigned** |
| | | Case is assigned to Honorable David A Dolan. |

Case.net Version 5.14.0.17                    Return to Top of Page                    Released 11/25/2019

Electronically Filed - Scott - July 22, 2020 - 08:52 AM

**20SO-CV00885**

## IN THE CIRCUIT COURT OF SCOTT COUNTY, MISSOURI

| | |
|---|---|
| **HENRY HOLYFIELD**<br>**68 Natchez Trace**<br>**Scott City, MO 63780**<br><br>**And**<br><br>**TARA HOLYFIELD**<br>**68 Natchez Trace**<br>**Scott City, MO 63780**<br><br>Plaintiffs,<br>**v.**<br><br>**CHEVRON U.S.A. INC.**<br>**Serve Registered Agent**<br>**Prentice-Hall Corp. System**<br>**221 Bolivar Street**<br>**Jefferson City, MO 65101**<br><br>**And**<br><br>**SYNGENTA CROP PROTECTION, LLC**<br>**Serve Registered Agent:**<br>**CT Corporation System**<br>**120 South Central Avenue**<br>**Clayton, MO 63105**<br><br>**And**<br><br>**SYNGENTA CORPORATION**<br>**Serve Registered Agent**<br>**CT Corporation System**<br>**120 South Central Avenue**<br>**Clayton, MO 63105**<br><br>**And**<br><br>**SYNGENTA AG**<br>**Serve at:**<br>**P.O. Box CH-4002**<br>**Basel, Switzerland**<br><br>Defendants. | CASE NO. _____ |

Electronically Filed - Scott - July 22, 2020 - 08:52 AM

## PETITION

Plaintiffs, Henry Holyfield and Tara Holyfield, bring this cause of action against defendants Chevron U.S.A. Inc. ("Chevron"), Syngenta Crop Protection, LLC ("Syngenta Crop Protection"), Syngenta Corporation ("Syngenta Corp."), and Syngenta AG ("Syngenta AG") for personal injuries and damages suffered.

## PARTIES

1.  Plaintiff Henry Holyfield is a resident and citizen of the State of Missouri.

2.  Plaintiff Tara Holyfield is a resident and citizen of the State of Missouri.

3.  Plaintiff Henry Holyfield and Plaintiff Tara Holyfield were married on November 29, 2014, and are currently married.

4.  Defendant Chevron is a California corporation with its principal place of business at 6001 Bollinger Canyon Road, San Ramon, California. Defendant Chevron can be served through its registered agent at the address listed in the caption above.

5.  Defendant Syngenta Crop Protection is a Delaware limited liability company with its principal office address at 1209 Orange Street, Wilmington, Delaware. Defendant Syngenta Crop Protection can be served through its registered agent at the address listed in the caption above.

6.  Defendant Syngenta Corp. is a Delaware corporation with its principal place of business at 3411 Silverside Road, Suite 100, Shipley Building, Wilmington, Delaware. Defendant Syngenta Corp. can be served through its registered agent at the address listed in the caption above.

7.  Defendant Syngenta AG is a foreign corporation with its principal place of business in Basel, Switzerland. Defendant Syngenta AG can be served through the procedures

2

set forth in the Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

8.    Defendants designed, developed, manufactured, marketed and/or sold the herbicide product N, N'-dimethyl-4-4' dipyridinium dichloride, also known as methyl viologen or paraquat ("paraquat").

## JURISDICTION AND VENUE

9.    This Court has jurisdiction over defendant Chevron pursuant to §506.500. Defendant Chevron, its subsidiaries, predecessors and/or assigns transacted business and/or committed tortious acts within this state. Defendant Chevron, its subsidiaries, predecessors and/or assigns designed, manufactured, licensed, marketed, distributed and/or sold paraquat for use in the State of Missouri. Defendant Chevron, its subsidiaries, predecessors and/or assigns placed the defective and harmful product paraquat into the stream of commerce, sold said product for use, transacted business and committed tortious acts in the State of Missouri from which Plaintiffs' claims arose.

10.    This Court has jurisdiction over defendant Syngenta Crop Protection pursuant to §506.500. Defendant Syngenta Crop Protection, its subsidiaries, predecessors and/or assigns transacted business and/or committed tortious acts within this state. Defendant Syngenta Crop Protection, its subsidiaries, predecessors and/or assigns designed, manufactured, licensed, marketed, distributed and/or sold paraquat for use in the State of Missouri. Defendant Syngenta Crop Protection, its subsidiaries, predecessors and/or assigns placed the defective and harmful product paraquat into the stream of commerce, sold said product for use, transacted business and committed tortious acts in the State of Missouri from which Plaintiffs' claims arose.

Electronically Filed - Scott - July 22, 2020 - 08:52 AM

Electronically Filed - Scott - July 22, 2020 - 08:52 AM

11.     This Court has jurisdiction over defendant Syngenta Corp. pursuant to §506.500. Defendant Syngenta Corp., its subsidiaries, predecessors and/or assigns transacted business and/or committed tortious acts within this state.  Defendant Syngenta Corp., its subsidiaries, predecessors and/or assigns designed, manufactured, licensed, marketed, distributed and/or sold paraquat for use in the State of Missouri.  Defendant Syngenta Corp., its subsidiaries, predecessors and/or assigns placed the defective and harmful product paraquat into the stream of commerce, sold said product for use, transacted business and committed tortious acts in the State of Missouri from which Plaintiffs' claims arose.

12.     This Court has jurisdiction over defendant Syngenta AG pursuant to §506.500. Defendant Syngenta AG, its subsidiaries, predecessors and/or assigns transacted business and/or committed tortious acts within this state.  Defendant Syngenta AG, its subsidiaries, predecessors and/or assigns designed, manufactured, licensed, marketed, distributed and/or sold paraquat for use in the State of Missouri.  Defendant Syngenta AG, its subsidiaries, predecessors and/or assigns placed the defective and harmful product paraquat into the stream of commerce, sold said product for use, transacted business and committed tortious acts in the State of Missouri from which Plaintiffs' claims arose.

13.     Venue is proper pursuant to §508.010 RSMO, in that Plaintiff Henry Holyfield was first injured and as a result of the wrongful acts of defendants through exposure to paraquat in Scott County, Missouri.

**NATURE OF THE CASE**

14.     From approximately 1965 through 1975, Plaintiff Henry Holyfield worked as an agricultural aircraft laborer assisting in, among other things, the business of aerial application of pesticides ("crop dusting").

Electronically Filed - Scott - July 22, 2020 - 08:52 AM

15.     In the course of his work, Plaintiff Henry Holyfield was exposed to paraquat being applied by crop dusting.

16.     Exposure to paraquat can cause disease in humans, including the development of Parkinson's disease and/or Parkinsonism

17.     The exposure to paraquat caused, or contributed to cause, Plaintiff Henry Holyfield to develop Parkinson's disease and/or Parkinsonism.

18.     At all times relevant to this case, Plaintiff Henry Holyfield was unaware of that exposure to paraquat could cause development of disease such as Parkinson's disease and/or Parkinsonism.

19.     Plaintiff Henry Holyfield was diagnosed with Parkinson's disease on August 5, 2015.

20.     The nature of Plaintiff Henry Holyfield's Parkinson's disease condition did not come together with its cause being exposure to paraquat until May, 2020.

21.     Defendants each knew, or should have known, of the hazardous nature of paraquat both at the time of sale and when Plaintiff Henry Holyfield was exposed to the product while working as an agricultural aircraft laborer.  Notwithstanding, defendants failed to warn of the defective nature of paraquat and failed to give instructions on safe use of paraquat.

### COUNT I
### Strict Liability in Tort -- Design Defect
### (Defendants Chevron, Syngenta Crop Protection, Syngenta Corp., and Syngenta AG)

22.     Plaintiffs incorporate by reference the allegations set forth above in paragraphs 1 to 21 as if fully set forth herein.

23.     Defendants designed, marketed, licensed, manufactured, distributed and/or sold paraquat as described above, within the ordinary course of business.

Electronically Filed - Scott - July 22, 2020 - 08:52 AM

24.     When Plaintiff Henry Holyfield was exposed to paraquat in his work as an agricultural aircraft laborer, the product was being used in a manner reasonably anticipated by defendants.

25.     At the time of the design, marketing, licensing, manufacture, distribution, and/or sale of the paraquat Plaintiff Henry Holyfield used, or was exposed to while working as an agricultural aircraft laborer, said product was in a defective condition unreasonably dangerous when put to the use anticipated by defendants in that paraquat had the propensity to cause Parkinson's disease and/or Parkinsonism.

26.     The unreasonably dangerous and defective condition of the paraquat designed, developed, marketed, licensed, distributed and/or sold by defendants, and the failure to warn of the dangers thereof, caused or contributed to cause Plaintiff Henry Holyfield to develop Parkinson's disease and/or Parkinsonism.

27.     The unreasonably dangerous and defective condition of the paraquat designed, developed, marketed, licensed, distributed and/or sold by defendants, and the failure to warn of the dangers thereof, caused or contributed to cause Plaintiff Henry Holyfield to suffer past and future physical pain, mental and emotional distress.  In addition, Plaintiff Henry Holyfield suffered past and future loss of wages and/or earning capacity and incurred, or will in the future incur, medical expenses for medical treatment, medication and medical devices.

28.     The conduct of defendants, in selling a product that they each knew, or should have known caused Parkinson's disease and/or Parkinsonism in users of paraquat, demonstrated deliberate indifference to and conscious disregard for the rights and safety of others such that an award of punitive damages is appropriate in this matter.

WHEREFORE, Plaintiffs pray for judgment against defendants Chevron U.S.A. Inc., Syngenta Crop Protection, LLC, Syngenta Corporation, and Syngenta AG in an amount in excess of the jurisdictional limit and as determined at trial, for an award of punitive damages, for the costs of this action and any other relief allowed under Missouri law.

## COUNT II
### Strict Liability in Tort -- Failure to Warn
**(Defendants Chevron, Syngenta Crop Protection, Syngenta Corp., and Syngenta AG)**

29.     Plaintiffs incorporate by reference the allegations set forth above in paragraphs 1 to 28 as if fully set forth herein.

30.     Defendants designed, developed, marketed, licensed, manufactured, distributed, sold and/or supplied paraquat without adequate instructions on safe use to reduce and/or eliminate exposure thereto, and/or without instructions or warnings that the paraquat was dangerous to health and life and caused disease such as Parkinson's disease and/or Parkinsonism.

31.     As a result of defendants' failure to adequately instruct or warn of the dangerous characteristics of paraquat, the product was defective and unreasonably dangerous when put to the use reasonably anticipated by defendants.

32.     The unreasonably dangerous and defective condition of the paraquat designed, developed, manufactured, marketed, licensaed, distributed, sold and/or supplied by defendants and the failure to instruct or warn of those dangers, caused or contributed to cause Plaintiff Henry Holyfield to develop Parkinson's disease and/or Parkinsonism.

33.     The unreasonably dangerous and defective condition of paraquat and the failure to instruct or warn of those dangers, caused or contributed to cause Plaintiff Henry Holyfield to suffer past and future physical pain, mental and emotional distress.  In addition, Plaintiff Henry

Electronically Filed - Scott - July 22, 2020 - 08:52 AM

Holyfield suffered past and future loss of wages and/or earning capacity and incurred, or will in the future incur, medical expenses for medical treatment, medication and medical devices.

34.     The conduct of defendants, in selling a product that each knew, or should have known caused Parkinson's disease and/or Parkinsonism in users of paraquat, demonstrated deliberate indifference to and conscious disregard for the rights and safety of others such that an award of punitive damages is appropriate in this matter.

WHEREFORE, Plaintiffs pray for judgment against defendants Chevron U.S.A. Inc., Syngenta Crop Protection, LLC, Syngenta Corporation, and Syngenta AG in an amount in excess of the jurisdictional limit and as determined at trial, for an award of punitive damages, for the costs of this action and any other relief allowed under Missouri law.

### COUNT III
### Negligence
**(Defendants Chevron, Syngenta Crop Protection, Syngenta Corp., and Syngenta AG)**

35.     Plaintiffs incorporate by reference the allegations set forth above in paragraphs 1 to 34 as if fully set forth herein.

36.     As a designer, developer, manufacturer, marketer distributor. licensor, and/or seller of paraquat, defendants had a duty to exercise due care and the ordinary, reasonable and technical skill and competence that is required of processors, distributors, marketers, sellers, suppliers, licensors, and others in a similar situation, including, without limitation, the duty to acquire and maintain the knowledge of an expert, in processing, distribution, marketing, sale, licensing and/or supply of products free from defects and/or latent defects; and the duty to adequately instruct or warn of product defects and/or hazards, which duty continued even after the sale of said products.

37.     Defendants each breached its duty of care in one or more of the following ways:

a. Designing, developing, manufacturing, marketing, distributing, licensing and selling paraquat without properly testing the product;

b. Designing, developing, manufacturing, marketing, distributing, licensing and selling paraquat without disclosing the results of testing and studies of paraquat;

c. Designing, developing, manufacturing, marketing, distributing, licensing and selling paraquat and paraquat formulations that included an active ingredient that would cause Parkinson's disease and/or Parkinsonism in persons using the product as intended, such as crop dusting;

d. Designing, developing, manufacturing, marketing, distributing, licensing and selling paraquat with false and misleading warnings and instructions;

e. Designing, developing, manufacturing, marketing, distributing, licensing and selling paraquat without necessary and adequate warnings, cautionary statements and instructions;

f. Failing to disclose the risk of Parkinson's disease and/or Parkinsonism to users of the product;

g. Representing that paraquat was safe for use; and

h. In other respects that are unknown at this time but may be determined through discovery in this case.

38. Defendants failed to use due care under the circumstances and were thereby negligent in the performance of their duties owed to Plaintiff Henry Holyfield and others who used, worked with, or were exposed to paraquat.

Electronically Filed - Scott - July 22, 2020 - 08:52 AM

39.     The negligent conduct of defendants caused or contributed to cause Plaintiff Henry Holyfield to develop Parkinson's disease and/or Parkinsonism.

40.     The negligent conduct of defendants caused or contributed to cause Plaintiff Henry Holyfield to suffer past and future physical pain, mental and emotional distress.  In addition, Plaintiff Henry Holyfield suffered past and future loss of wages and/or earning capacity and incurred, or will in the future incur, medical expenses for medical treatment, medication and medical devices.

41.     The conduct of defendants, in selling a product that each knew, or should have known caused Parkinson's disease and/or Parkinsonism in users of paraquat, demonstrated deliberate indifference to and conscious disregard for the rights and safety of others such that an award of punitive damages is appropriate in this matter.

WHEREFORE, Plaintiffs pray for judgment against defendants Chevron U.S.A. Inc., Syngenta Crop Protection, LLC, Syngenta Corporation, and Syngenta AG in an amount in excess of the jurisdictional limit and as determined at trial, for an award of punitive damages, for the costs of this action and any other relief allowed under Missouri law.

### COUNT IV
### Breach of Implied Warranty
**(Defendants Chevron, Syngenta Crop Protection, Syngenta Corp., and Syngenta AG)**

42.     Plaintiffs incorporate by reference the allegations set forth above in paragraphs 1 to 41 as if fully set forth herein.

43.     Defendants placed paraquat into the stream of commerce.

44.     Plaintiff Henry Holyfield was exposed to paraquat designed, manufactured, licensed, marketed, distributed or sold by defendants.

Electronically Filed - Scott - July 22, 2020 - 08:52 AM

Electronically Filed - Scott - July 22, 2020 - 08:52 AM

45.     The use of paraquat and exposure to paraquat experienced by Plaintiff Henry Holyfield was as intended by defendants and/or was reasonably foreseeable to defendants.

46.     Defendants knew that persons working with and around paraquat were relying on the skill and judgment of defendants in the decision to purchase and/or use paraquat.

47.     By placing paraquat into the stream of commerce, defendants impliedly warranted that the paraquat was reasonably fit and/or reasonably safe for the intended use of the product, that the paraquat was of merchantable quality, that it was not defective, and that the paraquat would function safely as an ordinary user would expect when used as intended or in a reasonably foreseeable manner and that the product would not cause disease or harm such as Parkinson's disease and/or Parkinsonism.

48.     Defendants breached the implied warranty because the paraquat was not reasonably fit for its intended use, was not of merchantable quality, was defective and failed to function safely as an ordinary user would expect when used as intended or in a reasonably foreseeable manner in that it caused, or contributed to cause, Parkinson's disease and/or Parkinsonism.

49.     The paraquat sold by defendants caused, or contributed to cause, Plaintiff Henry Holyfield to develop Parkinson's disease and/or Parkinsonism.

50.     Defendants breach of implied warranty caused or contributed to cause Plaintiff Henry Holyfield to suffer past and future physical pain, mental and emotional distress.   In addition, Plaintiff Henry Holyfield suffered past and future loss of wages and/or earning capacity and incurred, or will in the future incur, medical expenses for medical treatment, medication and medical devices.

Electronically Filed - Scott - July 22, 2020 - 08:52 AM

51. The conduct of defendants, in selling a product that each knew, or should have known caused Parkinson's disease and/or Parkinsonism in users of paraquat, demonstrated deliberate indifference to and conscious disregard for the rights and safety of others such that an award of punitive damages is appropriate in this matter.

WHEREFORE, Plaintiffs pray for judgment against defendants Chevron U.S.A. Inc., Syngenta Crop Protection, LLC, Syngenta Corporation, and Syngenta AG in an amount in excess of the jurisdictional limit and as determined at trial, for an award of punitive damages, for the costs of this action and any other relief allowed under Missouri law.

**COUNT V**
**Loss of Consortium**
**(Defendants Chevron, Syngenta Crop Protection, Syngenta Corp., and Syngenta AG)**

52. Plaintiffs incorporate by reference the allegations set forth above in paragraphs 1 to 51 as if fully set forth herein.

53. Plaintiff Tara Holyfield is the wife of Henry Holyfield.

54. The conduct of defendants Chevron, Syngenta Crop Protection, Syngenta Corp. and/or Syngenta AG, as described above, caused or contributed to cause Plaintiff Tara Holyfield to sustain damages as a direct result of the injury to her husband Henry Holyfield.

55. The conduct of defendants Chevron, Syngenta Crop Protection, Syngenta Corp. and/or Syngenta AG, as described above, demonstrated deliberate indifference to and conscious disregard for the rights and safety of others such that an award of punitive damages is appropriate in this matter.

WHEREFORE, Plaintiffs pray for judgment against defendants Chevron U.S.A. Inc., Syngenta Crop Protection, LLC, Syngenta Corporation, and Syngenta AG in an amount in excess of the jurisdictional limit and as determined at trial, for an award of punitive damages, for the costs of this action and any other relief allowed under Missouri law.

Electronically Filed - Scott - July 22, 2020 - 08:52 AM

## **DEMAND FOR JURY TRIAL OF ALL ISSUES**

56.     Plaintiffs demand a trial by jury.

Respectfully submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.


*/s/ Steven E. Crick*
Steven E. Crick                          MO Bar #32654
Kevin D. Stanley                         MO Bar #48008
221W. Lexington, Suite 400
Independence, MO 64050
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
sec@hfmlegal.com
kds@hfmlegal.com

and

RICE, SPAETH, SUMMERS & HEISSERER, L.C.
John P. Heisserer                        MO Bar #29379
160 S. Broadview Street
Fourth Floor
Cape Girardeau, MO 63703
Telephone:  (573) 334-6061
Facsimile:  (573) 334-0979
jheisserer@capelawfirm.com

**ATTORNEYS FOR PLAINTIFF**