**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **In re** PARAQUAT PRODUCTS | ) | MDL-3004 |
| LIABILITY LITIGATION | ) | |

**NOTICE OF RELATED ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation (the "Panel"), Jerry Burnette, plaintiff in the case styled *Jerry Burnette v. Syngenta Crop Protection, LLC, Syngenta AG, and Chevron U.S.A, Inc,* S.D. IL No. 3:21-cv-00373 writes to notify the Panel of the related actions listed in the attached schedule.

Docket Sheet and Complaint are attached.

Dated:  April 9, 2010

Respectfully submitted,

*/s/ W. Lewis Garrison, Jr.*
W. Lewis Garrison, Jr. (AL Bar No. 3591-N74W),
Amanda S. Williamson *(*AL Bar No. 2011-A52W),
William L. Bross, (AL Bar No. 9703-O71W),
Christopher B. Hood (AL Bar No. 2280-S35H),
**HENINGER GARRISON DAVIS, LLC**
2224 First Avenue North
Birmingham, AL 35202
Phone: (205) 326-3336
Fax: (205) 326-3332
lewis@hgdlawfirm.com
amanda@hgdlawfirm.com
william@hgdlawfirm.com
chris@hgdlawfirm.com

Jarrod P. Beasley (IL Bar No. #6274536)
**Kuehn, Beasley & Young, P.C.**
23 S. First Street
Belleville, IL 62220
Phone: 618.277.7260
Fax: 618.277.7718

jarrodbeasley@kuehnlawfirm.com

*Attorneys for Plaintiff Jerry Burnette*

*(Burnette v. Syngenta Crop Protection, LLC, et. al, Case. No. 3:21-cv-00373 (S.D. Ill.)*