# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE PARAQUAT ) | |
| PRODUCTS LIABILITY ) | MDL No. 3004 |
| LITIGATION ) | |
| _____) | |

## NOTICE OF RELATED ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel of Multidistrict Litigation (the "Panel"), Plaintiffs write to notify the panel of the related actions listed in the attached schedule.

Docket Sheets and Complaints are attached.

Dated: April 14, 2021

/s/ *Richard M. Paul III*
Richard M. Paul III (E.D. Mo. #44233MO)
Ashlea Schwarz (Mo. 60102)
PAUL LLP
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
816-984-8100 Phone
816-984-8101 Fax
Rick@PaulLLP.com
Ashlea@PaulLLP.com