## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: PARAQUAT PRODUCTS ) MDL No. 3004
LIABILITY LITIGATION )

## NOTICE OF RELATED ACTIONS

Under Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Ellis Pratt, plaintiff in *Pratt v. Syngenta Crop Protection, LLC, et al.*, Case No. 3:21-cv-00406 (S.D. Il.), hereby notifies the Panel of the related action listed in the attached schedule. Also attached is the complaint.

Date: April 22, 2021

/s/     Mikal C. Watts
Mikal C. Watts
Watts Guerra LLC
5726 W. Hausman Rd., Ste. 119
San Antonio, TX  78249
(866) 529-9100 (tel.)
(210) 448-0501 (fax)
mcwatts@wattsguerra.com