BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: PARAQUAT PRODUCTS ) MDL No. 3004
LIABILITY LITIGATION )

SCHEDULE OF ACTIONS

|  | Plaintiff | Defendants | District | Civil Action | Judge |
|---|---|---|---|---|---|
| 1. | Ellis Pratt | Syngenta Crop Protection, LLC; Syngenta AG; Chevron U.S.A., Inc. | S.D. Ill. | Case No. 3:21-cv-00406 (S.D. Il.) | Chief Judge Nancy J. Rosenstengel |