**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: PARAQUAT PRODUCTS LITIGATION | ) ) ) | MDL No. 3004 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on February 21, 2019, I electronically filed the Notice of Related Action with the Clerk of the Judicial Panel on Multidistrict Litigation using the CM/ECF system and served on all counsel or parties in the matter indicated below.

Via U.S. Mail:

Chevron U.S.A., Inc.
Prentice Hall Corporation
801 Adlai Stevenson Drive
Springfield, IL 62703

Syngenta AG
Rosentalstrasse 67
Basel, Basel-Stadt 4058
Switzerland

Syngenta Crop Protection, LLC
CT Corporation System
208 So Lasalle St, Suite 814
Chicago, Il 60604

Dated: April 22, 2021

Respectfully submitted,

/s/ Mikal C. Watts
Mikal C. Watts
Texas State Bar No. 20981820
WATTS GUERRA LLC
5726 W. Hausman Rd, Suite 119
San Antonio, Texas 78249
Telephone: 210-447-0500
Fax: 210-448-0501
Email: mcwatts@wattsguerra.com

**ATTORNEY FOR PLAINTIFF
ELLIS PRATT**