**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE PARAQUAT PRODUCTS | ) | MDL No. 3004 |
| LIABILITY LITIGATION | ) | |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Presentation of Oral Argument were served on all parties in the following case electronically via ECF, or as indicated below, on April 23, 2021.

Burnette v. Syngenta Crop Protection, LLC, et. al, Case. No. 3:21-cv-00373 (S.D. Ill.)

**Served via First-Class Mail
(Counsel has not yet appeared)**

Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
**Registered Agent for Syngenta Crop Protection, LLC and Syngenta AG**

Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110
**Registered Agent for Chevron USA Inc.**

Dated: April 23, 2021

Respectfully submitted,

*/s/ Amanda S. Williamson*
Amanda S. Williamson
(AL Bar No. 2011-A52W),
W. Lewis Garrison, Jr.
(AL Bar No. 3591-N74W),
William L. Bross
(AL Bar No. 9703-O71W),
Christopher B. Hood
(AL Bar No. 2280-S35H),
**HENINGER GARRISON DAVIS, LLC**
2224 First Avenue North
Birmingham, AL 35202
Phone: (205) 326-3336
Fax: (205) 326-3332
lewis@hgdlawfirm.com
amanda@hgdlawfirm.com
william@hgdlawfirm.com
chris@hgdlawfirm.com

*Attorneys for Plaintiff Jerry Burnette*

*(Burnette v. Syngenta Crop Protection, LLC, et. al, Case. No. 3:21-cv-00373 (S.D. Ill.)*