BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE PARAQUAT ) | |
| PRODUCTS LIABILITY ) | MDL No. 3004 |
| LITIGATION ) | |
| _____) | |

## AMENDED PROOF OF SERVICE

I hereby certify that a copy of the Notice of Amended Related Actions, Amended Schedule of Actions, Amended Complaints, and this Certificate of Service were served by First-Class Mail on April 27, 2021, to the following:

**THE CORPORATION TRUST COMPANY**
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801
**Registered Agent for Syngenta Crop Protection, LLC, Chevron Chemical Phillips Chemical Company LP, and Syngenta AG**
    N.D. California, 3:21-cv-02083
    N.D. California, 3:21-cv-02416
    N.D. California, 4:21-cv-02494
    N.D. California, 3:21-cv-2495
    N.D. California, 3:21-cv-02496
    S.D. Illinois, 3:21-cv-00278
    S.D. Illinois, 3:21-cv-00293 N.D. West Virginia, 3:21-cv-50 S.D. West Virginia, 2:21-cv-00211
    W.D. Wisconsin, 3:21-cv-00231
    E.D. Missouri, 2:21-cv-00029
    E.D. Missouri, 2:21-cv-00030
    E.D. Missouri, 2:21-cv-00031

**CORPORATION SERVICE COMPANY**
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110
**Registered Agent for Chevron U.S.A. Inc.**
    N.D. California, 3:21-cv-02083
    N.D. California, 3:21-cv-02416
    N.D. California, 4:21-cv-02494
    N.D. California, 3:21-cv-2495
    N.D. California, 3:21-cv-02496
    S.D. Illinois, 3:21-cv-00211 S.D. Illinois, 3:21-cv-00228 S.D. Illinois, 3:21-cv-00229 S.D. Illinois, 3:21-cv-00278 S.D. Illinois, 3:21-cv-00293 N.D. West Virginia, 3:21-cv-50 S.D. West Virginia, 2:21-cv-00211 W.D. Wisconsin, 3:21-cv-00231
    E.D. Missouri, 2:21-cv-00029
    E.D. Missouri, 2:21-cv-00030
    E.D. Missouri, 2:21-cv-00031

I hereby certify that a copy of the foregoing listed documents were served by Email on April 27, 2021, to the following:

**THE MILLER FIRM, LLC**
Curtis George Hoke
Michael J. Miller
108 Railroad Avenue
Orange, VA 22960
Email: choke@millerfirmllc.com
Email: mmiller@millerfimllc.com
**Counsel for Plaintiffs: Timothy O'Connor and Carolyn O'Connor**
    N.D. California, 3:21-cv-2495
**Counsel for Plaintiffs: David Albanese and Theresa Albanese**
    N.D. California, 3:21-cv-02496

**KOREIN TILLERY**
Stephen M. Tillery
One U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Email: stillery@koreintillery.com
**Counsel for Plaintiffs: James Hemker and Judith Hemker**
    S.D. Illinois, 3:21-cv-00211
**Counsel for Plaintiff: Barbara Piper**
    S.D. Illinois, 3:21-cv-00228
**Counsel for Plaintiff: Terry Runyon**
    S.D. Illinois, 3:21-cv-00229

**DIAMOND LAW**
David J. Diamond
P.O. Box 65237
Tucson, Arizona 85728
Email: ddiamond@diamondlawusa.com
**Counsel for Ben Barr**
    D. Arizona, 3:21-cv-08068

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff
David J. Wool
Kathryn Miller Forgie
7171 W. Alaska Drive
Lakewood, CO 80226
Email: aimee.wagstaff@andruswagstaff.com
Email: david.wood@andruswagstaff.com
Email: Kathryn.forgie@andruswagstaff.com
**Counsel for Plaintiff: Russell Denes**
    N.D. California, 3:21-cv-02416
**Counsel for Plaintiff: Paul Majors**
    N.D. California, 4:21-cv-02494
**Counsel for Plaintiff: John Barrat**
    N.D. West Virginia, 3:21-cv-50

**WARNER LAW OFFICES**
Robert B. Wagner
P.O. Box 3327
Charleston, WV 25333
Email: bwarner@wvpersonalinjury.com
**Counsel for Plaintiff: Kenneth Turner**
    S.D. West Virginia, 2:21-cv-00211

**CAREY DANIS & LOWE – ST. LOUIS**
Sarah Shoemake Doles
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105
Email: sdoles@careydanis.com
**Counsel for Plaintiff: Stephen Durbin**
    S.D. Illinois, 3:21-cv-00293

**HUMPHREY AND FARRINGTON**
Steven E. Crick
Kevin Daniel Stanley
Paul Douglas Anderson
221 W. Lexington, Suite 400
Independence, MO 64050
Email: sec@hfmlegal.com
Email: kds@hfmlegal.com
Email: pda@hfmlegal.com
**Counsel for Plaintiffs: Henry Holyfield and Tara Holyfield**
    E.D. Missouri, 1:20-cv-00165

**KIRKLAND AND ELLIS - DC**
John C. O'Quinn
1301 Pennsylvania Ave. NW
Washington, DC 20005
Email: john.oquinn@kirkland.com
**Counsel for Defendants: Syngenta Crop Protection, LLC, Syngenta Corp., and Syngenta AG**
    E.D. Missouri, 1:20-cv-00165

**KUEHN, BEASLEY & YOUNG, P.C.**
Jarrod P. Beasley
23 S. First Street
Belleville, IL 62220
Email: jarrodbeasley@kuehnlawfirm.com
**Counsel for Plaintiff: Jerry Burnette**
    S.D. Illinois, 3:21-cv-00373

**DONOVAN ROSE NESTER, P.C.**
Michael J. Nester
15 North 1st Street, Suite A
Belleville, IL 62220
Email: mnester@drnpc.com
**Counsel for Defendants: Syngenta Crop Protection LLC and Syngenta AG**
    S.D. Illinois, 3:21-cv-00211
    S.D. Illinois, 3:21-cv-00228
    S.D. Illinois, 3:21-cv-00229

**HUSCH BLACKWELL LLP**
Joseph C. Orlet
Bryan Hopkins
Michael Klebanov
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Email: joseph.orlet@huschblackwell.com
Email: bryan.hopkins@huschblackwell.com
Email: Michael.klebanov@huschblackwell.com
**Counsel for Defendant: Chevron U.S.A. Inc.**
    E.D. Missouri, 1:20-cv-00165

**HENINGER GARRISON DAVIS, LLC**
W. Lewis Garrison, Jr.
William L. Bross, IV
Amanda S. Williamson
Christopher Boyce Hood
2224 First Avenue North
Birmingham, AL 35202
Email: leiws@hgdlawfirm.com
Email: wlbross@hgdlawfirm.com
Email: amanda@hgdlawfirm.com
Email: chood@hgdlawfirm.com
**Counsel for Plaintiff: Jerry Burnette**
    S.D. Illinois, 3:21-cv-00373

**MCCULLEY MCCLUER PLLC**
Stuart Halkett McCluer
R. Bryant McCulley
701 East Bay Street, Suite 411
Charleston, SC 29403
Email: smccluer@mcculleymccluer.com
Email: mncculley@mcculleymccluer.com
**Counsel for Plaintiff: John R. Nunnery, Jr.**
    N.D. Miss, 4:21-cv-00047-DMB

**TORHOERMAN LAW LLC**
Chad A. Finley
Kenneth John Brennan
Tor A. Hoerman
227 West Monroe Street
Suite 2650
Chicago, IL 60606
Email: cfinley@thlawyer.com
Email: kbrennan@thlawyer.com
Email: tor@thlawyer.com
**Counsel for Plaintiffs**

**FEARS NACHAWATI, PLLC**
N. Majed Nachawati
Patrick A. Luff
Sherri Ann Saucer
Eric Asher Policastro
5473 Blair Road
Dallas, TX 75231
Email: mn@fnlawfirm.com
Email: pluff@fnlawfirm.com
Email: asaucer@fnlawfirm.com
Email: epolicastro@fnlawfirm.com
**Counsel for Plaintiff: Gerald Gray**
    E.D. Ark, 3:21-cv-00069-BSM

**ASHCRAFT & GEREL**
Patrick Lyons
Michelle A. Parfitt
Drew LaFramboise
James F. Green
1825 K Street, Suite 700
Washington, DC 20006
Email: plyons@ashcraftlaw.com
Email: mpartfitt@ashcraftlaw.com
Email: dlamframboise@ashcraftlaw.com
Email: jgreen@ashcraftlaw.com
**Counsel for Plaintiff**

Dated: April 27, 2021

Respectfully submitted,

/s/ *Richard M. Paul III*
Richard M. Paul III (E.D. Mo. #44233MO)
Ashlea Schwarz (MO. 60102)
Paul LLP
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Phone: 816-984-8100
Rick@PaulLLP.com
Ashlea@PaulLLP.com