**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION | MDL No. 3004 |
| | **PROOF OF SERVICE** |

Pursuant to Rule 3.2(d) and Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I caused a copy of the foregoing Response to Movant Paul Rakoczy's Motion for Transfer Under 28 U.S.C. § 1407 to be served upon counsel of record in this action via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF system on April 29, 2021.  A copy was also served via U.S. Mail on the following parties:

**THE CORPORATION TRUST COMPANY**
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

**Registered Agent for Defendants Syngenta Crop Protection, LLC, Syngenta AG, Syngenta Seeds, LLC and Chevron Chemical Company LP**

**CT CORPORATION SERVICE CO.**
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

**Registered Agent for Defendant Chevron U.S.A., Inc.**

Dated: April 29, 2021

s/Amanda M. Williams
Amanda M. Williams (#341691)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 54402
Phone: 612-333-8844
awilliams@gustafsongluek.com