BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 3004 |

**INTERESTED PARTY RESPONSE OF PLAINTIFF JONATHAN RUTHERFORD TO MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to Rule 6.2(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation ("Panel"), Plaintiff Jonathan Rutherford[1] ("Movant") respectfully files this Response to the Motion to Transfer with Brief in Support (ECF #1) to the Northern District of California pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings.

Movant agrees with Plaintiff Paul Rakoczy's request for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. However, Movant requests that the proceedings be transferred to the Northern District of Alabama before the Honorable Judge Corey Maze.

**I.   Background and Argument in Support of Centralization**

Movant agrees with the background and arguments set forth in Plaintiff Rakoczy's motion and will not belabor the key points favoring centralization. Movant adopts both the background and the argument in support of centralization in Plaintiff Rakoczy's brief.

**II.   Argument in Support of the Northern District of Alabama**

Movant requests the Northern District of Alabama as the transferee court and further requests that Judge Corey Maze preside over the pretrial proceedings. The Northern District of Alabama is an ideal location for consolidation of these actions because as of April 15, 2021 there

---

[1] *Rutherford v. Syngenta Crop Protection LLC, et al.*, 2:21-cv-00611-RDP (N.D. AL 2021).

1

is only one pending multidistrict litigation in this district court.[2] On the other hand, the Northern District of California has twenty pending multidistrict litigations totaling approximately 6,500 actions.[3] Further, the JUUL and Roundup multidistrict actions are currently pending in the Northern District of California. These prominent actions, plus the other eighteen pending actions, undoubtably consume a large portion of the Northern District of California's resources in both staffing and time. Counsel for Movant has talked with other national firms across the country and believes that this paraquat action has the potential for thousands of cases which would add to the already voluminous amount of pending actions in the Northern District of California.

The Northern District of Alabama is an efficient court. According to the September 2020 Federal Management Statistics, the Northern District of Alabama has a fraction of pending cases compared to the Northern District of California (compare 3,336 pending cases in the Northern District of Alabama with 12,180 pending cases in the Northern District of California).[4] This case load difference will play a crucial role in the efficiency of management in this potential action. While both court systems have a comparable median time from filing to disposition, the Northern District of Alabama completed substantially more trials over this past year than the Northern District of California (compare 128 trials in the Northern District of Alabama with 84 trials in the Northern District of California).[5] The Northern District of Alabama has both the resources and demonstrated ability to efficiently handle a multidistrict action such as paraquat.

Within the Northern District of Alabama, the Honorable Judge Corey Maze is an excellent candidate to efficiently preside over this litigation. Judge Maze spent his practice in the field of

---

[2] *See* PENDING MDLs (April 15, 2021), *available at* https://www.jpml.uscourts.gov/pending-mdls-0 (last accessed April 29, 2021).
[3] *Id*.
[4] *See* FEDERAL CASE MANAGEMENT STATISTICS (September 30, 2020), *available at* https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0930.2020.pdf (last accessed April 29, 2021). Total pending cases includes both criminal and civil actions.
[5] *Id.*

litigation, specifically complex litigation. Judge Maze is well rounded and distinguished in all aspects of lawyering. Prior to his appointment, Judge Maze routinely litigated in the highest court levels – including the United States Supreme Court. Judge Maze was formerly the Solicitor General of Alabama. Then when the Deepwater Horizon oil spill occurred, Judge Maze was selected to serve as the chief of the Alabama Attorney General's Special Litigation unit and acted as the primary counsel in complex civil matters such as the BP Deepwater Horizon oil spill as well as the ongoing opioid crisis. Judge Maze worked closely with Judge Carl Barbier from the Eastern District of Louisiana in the BP MDL, No. 2179. Alabama was chosen as the only state to conduct discovery in that MDL, and Judge Maze was instrumental in that process and in worked closely with Judge Barbier and Magistrate Shushan. Currently, Judge Maze is not presiding over any multidistrict action and therefore will be able to devote his attention to this singular multidistrict action rather than multiple multidistrict litigations. Judge Maze's prior litigation experience and focus on complex litigation will prove to be an invaluable asset for the efficient administration of this action.

    Judge Maze is centrally located in Birmingham, Alabama. Birmingham has the largest airport in the state with direct flights to many major cities – including New York City, Dallas, and Chicago. Birmingham-Shuttlesworth International Airport is less than 5 miles from the Northern District Courthouse in Birmingham, AL. Birmingham also has a lower average cost for travel compared to most other cities or states like California. Further, in light of COVID-19 and its impact on the judicial system as a whole, the new normal is shifting to remote hearings, depositions, and discovery in general. The Hugo L. Black United States Courthouse in Birmingham is fully equipped with all the needed technology to conduct any and all litigation aspects remotely as well as in person.

**III.    Conclusion**

For the foregoing reasons, Movant joins in Plaintiff Rakoczy's motion for centralization and requests the Panel to transfer all pending cases, and all subsequently filed tag-along cases, to the Northern District of Alabama before the Honorable Judge Corey Maze.

Date: April 30, 2021

Respectfully Submitted,

*/s/ Rhon E. Jones*
Rhon E. Jones (JON093)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555
rhon.jones@beasleyallen.com
