BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 3004 |

## NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Fears Nachawati, PLLC, hereby notifies the Clerk of the Panel of the Related Actions that were filed on behalf of the following Plaintiffs in the attached schedule. A copy of the Docket Sheets and Complaints are attached herewith.

Dated: April 30, 2021

Respectfully Submitted,

*/s/ S. Ann Saucer*
S. Ann Saucer (TX SBN 00797885)
asaucer@fnlawfirm.com
N. Majed Nachawati (TX SBN: 24038319)
mn@fnlawfirm.com
Patrick A. Luff (TX SBN: 24092728)
pluff@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712