**BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| IN RE: PARAQUAT | § | MDL NO. 3004 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | |

**<u>SCHEDULE OF ACTIONS</u>**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Ben Barr<br>**Defendants:**<br>Syngenta AG<br>Syngenta Crop Protection, LLC<br>Chevron U.S.A., Inc. | D. Arizona | 3:21-cv-08068 | Diane J Humetewa |
| **Plaintiff:**<br>Carl Adams<br>**Defendants:**<br>Syngenta AG<br>Syngenta Crop Protection, LLC<br>Chevron U.S.A., Inc. | N.D. California | 3:21-cv-02582 | Joseph C. Spero |
| **Plaintiff:**<br>Raymond Haresnape<br>**Defendants:**<br>Syngenta AG<br>Syngenta Crop Protection, LLC<br>Chevron U.S.A., Inc. | N.D. California | 3:21-cv-02585 | Sallie Kim |
| **Plaintiff:**<br>Gary Dietrich<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | N.D. California | 3:21-cv-03048 | Laurel Beeler |
| **Plaintiff:**<br>Layne Larsen<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | N.D. California | 3:21-cv-03049 | Joseph C. Spero |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>Michael Glassburn<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | N.D. California | 3:21-cv-03051 | Sallie Kim |
| **Plaintiff:**<br>Dale Smith<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | N.D. California | 3:21-cv-03059 | Thomas S. Hixson |
| **Plaintiff:**<br>Lawrence Mettetal<br>**Defendants:**<br>Syngenta AG<br>Syngenta Crop Protection, LLC<br>Chevron U.S.A., Inc. | N.D. California | 4:21-cv-02595 | Kandis A. Westmore |
| **Plaintiff:**<br>Donald Ayres<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | N.D. California | 4:21-cv-03047 | Kandis A. Westmore |
| **Plaintiff:**<br>Charles Adams<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | S.D. Illinois | 3:21-cv-00380 | Nancy J. Rosenstengel |
| **Plaintiff:**<br>Ricardo Spriggs<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | D. Maryland | 8:21-cv-00908 | George J. Hazel |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>Bonnie Smith<br>**Defendant**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Syngenta Seeds, LLC<br>Chevron U.S.A., Inc.<br>Chevron Phillips Chemical Company LP | D. Minnesota | 0:21-cv-01112 | John R. Tunheim |
| **Plaintiff:**<br>Jodie Moen<br>**Defendants:**<br>Syngenta Crop Protection, LLC<br>Syngenta AG<br>Chevron U.S.A., Inc. | D. North Dakota | 1:21-cv-00088 | Daniel M. Traynor |