# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## SUPPLEMENTAL NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed on April 15, 2021, supplemental notice is hereby given regarding the May 27, 2021, hearing session scheduled to consider various matters under 28 U.S.C. § 1407.

ORAL ARGUMENT:

- **THE PANEL WILL HEAR ORAL ARGUMENT BY VIDEOCONFERENCE USING THE ZOOM MEETING APP.** Oral argument will be conducted in morning and afternoon sessions.

- Oral argument in the morning session will begin at **11:00 a.m.** (All times are Eastern Daylight Time.) The Panel will hear argument in the following dockets, in the following order, at this session:

    MDL NO. 2992 − IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION

    MDL NO. 2993 − IN RE: CROP INPUTS ANTITRUST LITIGATION

    MDL NO. 2994 − IN RE: MEDNAX SERVICES, INC., CUSTOMER DATA SECURITY BREACH LITIGATION

    MDL NO. 2995 − IN RE: ALLIANZ STRUCTURED ALPHA FUNDS LITIGATION

    MDL NO. 2996 − IN RE: MCKINSEY & COMPANY, INC., NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION

    MDL NO. 2997 − IN RE: BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

- Oral argument in the afternoon session will begin at **2:00 p.m.** (All times are Eastern Daylight Time.) The Panel will hear argument in any docket scheduled for the morning session that was not able to be completed at that session. The Panel then will hear argument in the following dockets, in the following order:

    MDL NO. 2998 − IN RE: PORK DIRECT AND INDIRECT PURCHASER ANTITRUST LITIGATION

    MDL NO. 2999 − IN RE: ACTHAR GEL ANTITRUST LITIGATION

      MDL NO. 3000 − IN RE: CHARLES HAYES FALSE IMPRISONMENT LITIGATION

      MDL NO. 3001 − IN RE: GOOGLE PLAY STORE SIMULATED CASINO−STYLE GAMES LITIGATION

      MDL NO. 3002 − IN RE: ACCELLION, INC., CUSTOMER DATA SECURITY BREACH LITIGATION

      MDL NO. 3004 − IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION

- The use of videoconference technology for presentation of oral argument is not normal Panel practice.  In light of the ongoing COVID-19 pandemic, the Panel and Panel staff are making the time- and resource-intensive arrangements necessary to conduct a virtual hearing in an efficient and effective manner.  The Panel plans to return to its practice of in-person hearings when it becomes practicable to do so.  **To ensure the manageability of the Zoom hearing, only counsel presenting oral argument will be provided access to the videoconference during the designated time[s].**  Counsel presenting oral argument at the afternoon session should not sign into the morning session.  Likewise, counsel presenting argument at the morning session should not sign into the afternoon session, unless counsel is presenting argument in a docket that has been continued from the morning session.

- A transcript of the oral argument will be filed in each docket when it becomes available.  Parties who wish to order a transcript may do so by completing a transcript request form at https://www.dcd.uscourts.gov/content/request-transcript and selecting Sara Wick as the court reporter.

- **Non-arguing counsel, members of the press, and the general public may access live audio of the oral argument by dialing (888) 204-5984 and using access code 4703654.  If they cannot connect to the argument using that number and code, they should dial (877) 411-9748 and use access code 1892547.  Each line has a limit of 500 callers.**  All participants on the conference call will be muted and should not attempt to unmute themselves.  Participants should be aware that the conference call will not be connected to the Zoom hearing until oral argument begins, which may not occur precisely at the scheduled time.  Participants will hear silence until connected to the Zoom hearing.  If there is a technical issue and the conference call is disconnected, Panel staff will attempt to reinitiate the conference call promptly.  If this occurs, participants should dial back into the conference call.

- **All recording of the Hearing Session is prohibited.**

- The Panel has allocated argument times for the dockets listed above for oral argument.  Counsel who submitted a Notice of Presentation or Waiver of Oral Argument and indicated an intent to present oral argument do not automatically

receive argument time.  Per Panel practice, argument time will be allocated to avoid multiple counsel presenting argument advocating a common position.

- **All counsel who are allocated argument time must attend one of four Zoom oral argument preparation sessions that the Panel staff will conduct during the week of May 17, 2021, with one exception.**  Participation in a preparation session is not mandatory for  attorneys who previously argued at a Panel Hearing conducted using Zoom and attended a preparation session.  Those counsel, though, are welcome to attend a preparation session for this hearing.  The purpose of these sessions is to:  (a) ensure that counsel are technologically prepared to participate in the videoconference; (b) inform counsel how the Panel intends to conduct oral argument; and (c) inform counsel of the procedures and protocols they will be expected to follow during the videoconference.

- Panel staff will email counsel who filed a Notice of Presentation or Waiver of Oral Argument and indicated an intent to present oral argument:  (a) the dates and times of the Zoom oral argument preparation sessions; (b) login information for those sessions; (c) additional information regarding the conduct of oral argument during the videoconference; and (d) the Panel's allocation of argument times.

- If counsel wish to make a substitution, either as to counsel designated to argue on behalf of a particular party or with respect to a position advocated by multiple parties, counsel must file a Notice of Substitution no later than **May 13, 2021**.  After that date, no substitutions will be permitted absent extraordinary circumstances.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel