## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PARAQUAT<br><br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 3004 |

## NOTICE OF POTENTIAL TAG ALONG ACTION

1. Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff Kimberly Jane Thompson, hereby alerts the Judicial Panel on Multidistrict Litigation (the "Panel") of the potential tag-along action listed in the attached Schedule of Actions. A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit A.

Dated: June 9, 2021

Respectfully submitted,

/s/: Randi Kassan, Esq.
Randi Kassan, Esq.
Milberg Coleman Bryson Phillips Grossman, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.: (516) 741-5600
Fax.: (516) 741-0128
rkassan@milberg.com
***Counsel for Plaintiff Kimberly Jane Thompson***