BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 3004 |

## PROOF OF SERVICE

I hereby certify that on June 21, 2021, a copy of the foregoing NOTICE OF POTENTIAL TAG ALONG ACTION, was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Counsel of Record registered with the CM/ECF system for the case listed on the attached Schedule of Actions and to the following via Mail:

## SERVICE LIST

Joseph C. Orlet
Bryan Hopkins
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105

Jannea S. Rogers - ASB-7403-s82J
Blake T. Richardson - ASB-0896-E26E
ADAMS AND REESE LLP
11 N. Water Street, Suite 23200
Post Office Box 1348 (36633)
Mobile, Alabama 36602

Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Registered Agent for Syngenta Crop Protection, LLC and Syngenta AG

Date: June 16, 2021

        Respectfully Submitted,

        */s/ Rhon E. Jones*
        Rhon E. Jones (JON093)
        BEASLEY, ALLEN, CROW,
        METHVIN, PORTIS & MILES, P.C.
        218 Commerce Street
        Montgomery, AL 36104
        Telephone: (334) 269-2343
        Fax: (334) 954-7555
        rhon.jones@beasleyallen.com
        ***Counsel for Plaintiff Gregory Odom***