BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) )     MDL DOCKET NO. 3004 |

### DEFENDANT SYNGENTA CROP PROTECTION, LLC'S
### NOTICE OF POTENTIAL TAG-ALONG

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Syngenta Crop Protection, LLC respectfully identifies the potential tag-along actions listed in the accompanying Schedule of Actions.

Docket sheets and complaints are attached.

Dated: August 5, 2021

Respectfully Submitted,

*/s/ Ragan Naresh*
Ragan Naresh
KIRKLAND AND ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-389-2000
Fax: 202-389-2500
ragan.naresh@kirkland.com

***Counsel for Defendant Syngenta Crop Protection, LLC***